IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TIMOTHY ALLEN HONEA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:23CV829 |
| ) | |
| FRED WEBB, *et al.*, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

The Order and Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on November 2, 2023, was served on the parties in this action. (ECF Nos. 3, 4).

Plaintiff filed objections to the Magistrate Judge's Recommendation. (ECF No. 5.)

The Court has appropriately reviewed the Magistrate Judge's Recommendation and has made a *de novo* determination in accord with the Magistrate Judge's Recommendation. The Court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that this action be **DISMISSED** pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief may be granted, as well as for seeking monetary relief against a defendant who is immune from such relief.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 28th day of November 2023.

/s/ Loretta C. Biggs
United States District Judge